**Appeal Dismissed and Memorandum Opinion filed December 15, 2020.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-20-00701-CV

### IN THE INTEREST OF D.Z., A CHILD

**On Appeal from the 507th District Court
Harris County, Texas
Trial Court Cause No. 2010-45577**

## MEMORANDUM OPINION

This is an appeal from a final judgment signed September 17, 2020 in a remand from this court from an order regarding Mother's attorney's-fee sanction claim. *See In re D.Z.*, No. 14-17-00938-CV (Tex. App.—Houston [14th Dist.] July 30, 2019, no pet.) (mem. op.). The notice of appeal was filed October 13, 2020. Our records show appellant, Yi Ren, has not paid the appellate filing fee, and no evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207. On November 17, 2020, this court ordered appellant to

pay the appellate filing fee by November 30, 2020, or the appeal would be dismissed. *See* Tex. R. App. P. 35.3(c). The filing fee has not been paid.

Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Spain.